UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Docket No. 12-cv-136 (DNH/ATB) |
| v. | |
| SARA D. TAYLOR, | |
| Defendant, | ORDER OF GARNISHMENT |
| and | |
| STAR TITLE PARTNERS OF TAMPA LLC | |
| Garnishee. | |

WHEREAS, a Writ of Continuing Garnishment and supporting documents, directed to the Garnishee, Star Title Partners of Tampa LLC ("Garnishee") were duly issued on the basis of a judgment entered by the Court in the amount of $38,719.38 on November 18, 2014 against the Defendant Sara D. Taylor and in favor of the United States of America; and

WHEREAS, the outstanding balance of the judgment is $35,999.09 as of November 16, 2019 and interest is accruing on the judgment balance; and

WHEREAS, pursuant to 28 U.S.C. § 3205, the Court may issue a writ of garnishment against nonexempt disposable earnings in which a defendant-debtor has a substantial nonexempt interest in order to satisfy the judgment against the defendant-debtor; and

IT IS HEREBY ORDERED that the Garnishee shall pay 10% of the Defendant's net disposable weekly earnings to the U.S. Department of Justice, and mail

payments to U.S. Department of Justice, Nationwide Central Intake Facility P.O. Box 790363 St. Louis, MO 63179-0363 referencing account 2011A56254 and shall continue to remit payment until the Garnishee is notified that Judgment is paid in full.

Dated: New York, New York
November  27 , 2019

                                                              Andrew T. Baxter
                                                              U.S. Magistrate Judge